IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VALERIE JASTER, JOSH JASTER,
BEVERLY J. PRUITT,

        Plaintiffs,

    v.

GARRISON PROPERTY AND
CASUALTY INSURANCE CO.,

        Defendant.

Case No. 25-cv00439-AB

ORDER OF DISMISSAL
WITH PREJUDICE

**BAGGIO, District Judge:**

     Plaintiffs Valerie Jaster, Josh Jaster, and Beverly J. Pruitt filed an unopposed motion (ECF 11) to dismiss this matter with prejudice on August 5, 2025. Accordingly, all claims and counterclaims in the above captioned action are dismissed with prejudice and without an award of attorney's fees, costs, or disbursements to any party. The Clerk of the Court is directed to close this case.

     IT IS SO ORDERED.

     DATED this __6th__ day of August 2025.

_____
AMY M. BAGGIO
United States District Judge

1 – ORDER OF DISMISSAL WITH PREJUDICE